**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-02696-PAB-NYW

LESLIE WEISE,

    Plaintiff,

v.

COLORADO SPRINGS, COLORADO, a municipality,

    Defendant.

**ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE**

Magistrate Judge Nina Y. Wang

    IT IS ORDERED that a Scheduling Conference is set **July 16, 2021 at 9:30 a.m.**, via telephone conference.  All participants shall use the following dial-in information: **888-363-4749, Access Code: 5738976#**.

    A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov.  The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, **seven days prior** to the Scheduling Conference.

    IT IS FURTHER ORDERED that counsel/pro se parties in this case shall hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) and D.C.COLO.LCivR 16.1 and 26.1(a) on or before **twenty-one days prior** to the Scheduling Conference.  Pursuant to Fed. R. Civ. P. 26(d) no discovery shall be sought until after the pre-scheduling conference meeting.

    IT IS FURTHER ORDERED the parties shall comply with the mandatory disclosure requirements of Fed. R. Civ. P. 26(a)(1) on or before **fourteen days** after the pre-scheduling conference meeting.

DATED:  June 24, 2021 BY THE COURT:

_____
Nina Y. Wang
United States Magistrate Judge