**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-2696-PAB-NYW

LESLIE WEISE,

    Plaintiff,

v.

COLORADO SPRINGS, COLORADO, a municipality,

    Defendant.

---

**UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

---

    Plaintiff, by and through her undersigned counsel of record, hereby submits this Unopposed Motion To Dismiss With Prejudice, and states in support as follows:

    1.    Plaintiff and Defendant have agreed to resolve this lawsuit and, as part of that agreement, Plaintiff moves to dismiss this case with prejudice and with both sides to bear their own attorneys' fees and costs.

    DATED this 6th day of October 2021.

                                                                                                    KILLMER, LANE & NEWMAN, LLP

                                                                                                *s/ Andy McNulty*

                                                                                                                _____
                                                                                                                David A. Lane
                                                                                                                Andrew McNulty
                                                                                                                1543 Champa Street, Suite 400
                                                                                                                Denver, Colorado 80202
                                                                                                                Phone: (303) 571-1000
                                                                                                                Facsimile: (303) 571-1001

Case 1:17-cv-02696-PAB-NYW   Document 95   Filed 10/06/21   USDC Colorado   Page 2 of 3

dlane@kln-law.com
amcnulty@kln-law.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2021, I electronically filed the foregoing **UNOPPOSED MOTION TO DISMISS WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Eric V. Hall
Scott W. Johnson
swjohns@sparkswilson.com
evh@sparkswilson.com

*Counsel for Defendant*

                                                                                                 KILLMER, LANE & NEWMAN, LLP

                                                                                                  *s/ Andy McNulty*
                                                                                                  _____
                                                                                                  Andy McNulty